UNITED STATES of America,
Plaintiff–Appellee

v.

Daniel Lee HARRIS, Defendant–
Appellant.

No. 06–11067
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2009.

Paul David Macaluso, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Daniel Lee Harris, Seagoville, TX, pro se.

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Daniel Lee Harris has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Harris's outstanding pro se motions are DENIED. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.